AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Hamada Makarita<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:12MJ141<br>)<br>)<br>) |

**FILED**
MAR 14 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2007 to the present__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) | knowingly and intentionally distributing, dispensing, and possessing with intent to distribute and dispense, a controlled substance except as authorized by law. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Mazen Basrawi

_____
*Complainant's signature*
Joseph S. Parker Jr.
Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/14/12

City and state: Alexandria, VA

/s/Thomas Rawles Jones, Jr.
_____
*Judge's signature*
The Honorable T. Rawles Jones, Jr.
*Printed name and title*